UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KIM INOLA BRUNIER, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., a National Banking Association; NBS DEFAULT SERVICES, LLC, a California Limited Liability Company; DNE ASSOCIATES, a California Partnership; and Does 1 through 40, inclusive;<br><br>    Defendants. | CASE NO.: 5:16-cv-02053-R-(ASx)<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. Manuel L. Real*] |

On November 22, 2016, the Court entered an Order granting the Motion to Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo") dismissing the Complaint in its entirety.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and

3. Plaintiff, Kim Brunier will recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED: December 12, 2016

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE