**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM INOLA BRUNIER,<br><br>　　　　Plaintiff(s),<br><br>　　　v.<br><br>NBS DEFAULT SERVICES, LLC., et al.<br><br>　　　　Defendant(s). | Case No.   EDCV-16-2053-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION AS TO<br>DEFENDANT NBS DEFAULT SERVICES,<br>LLC.** |

　　Plaintiff was ordered to show cause in writing by not later than **January 25, 2017** why this action should not be dismissed for lack of prosecution as to the only remaining defendant NBS Default Services, LLC;

　　WHEREAS, this period has elapsed without any action by plaintiff.

　　The Court hereby DISMISSES this instant action for lack of prosecution as to NBS Default Services, LLC.

Dated: January 26, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE